

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2013

No. 04-13-00022-CV

Reynaldo **FLORES**,
Appellant

v.

Mayra **RUBIO**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-03151
Honorable Gloria Saldaña, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, Appellant's motion for leave to file a late notice of appeal is DENIED, and this appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of this appeal are taxed against Appellant Reynaldo Flores.

It is so **ORDERED** on May 8, 2013.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2013.

_____
Keith E. Hottle, Clerk